In the United States District Court
for the Northern District of Texas
Dallas Division

| | |
|---|---|
| Angela Police,<br><br>    *Plaintiff,*<br><br>v.<br><br>Howard Mayfield and PCC Refrigerated Express Inc. d/b/a PCC Transportation,<br>    *Defendant.* | Civil Action No. 3:17-cv-635<br><br><br>Jury Demanded |

## Index of Matters Being Filed with Removal

EXHIBIT A:    Index of Matters Being Filed With Removal.

EXHIBIT B:    State Court Docket Sheet.

EXHIBIT C:    Copies of all Process, Pleadings, Orders, and Other Filings in the State Court Action:

    C-1:    Plaintiff's Original Petition, filed in the 160th Judicial District of Dallas County, on December 7, 2016.

    C-2:    Civil Case Information Sheet, filed with the Court December 7, 2016.

    C-3:    Request to Issue Citations, filed December 7, 2016.

    C-4:    Return of Service, filed January 10, 2017.

    C-5:    Defendant Howard Mayfield's Original Answer, filed with the 160th Judicial District of Dallas County on January 13, 2017.

    C-6:    Plaintiff's First Amended Petition, filed in the 160th Judicial District of Dallas County, on February 6, 2017.

    C-7:    Citation, issued February 8, 2017.

    C-8:    Return of Service, filed February 22, 2017

      C-9: Defendant PCC Refrigerated Express Inc. d/b/a PCC Transportation's Original Answer, filed with the 160th Judicial District of Dallas County on February 27, 2017.

EXHIBIT D: List of All Counsel of Record.

EXHIBIT E: Name and Address of State Court.

EXHIBIT F: Certificate of Interested Persons.