## Case Information

DC-16-15641 | ANGELA POLICE vs. HOWARD MAYFIELD, et al

| | | |
|---|---|---|
| Case Number<br>DC-16-15641 | Court<br>160th District Court | File Date<br>12/07/2016 |
| Case Type<br>MOTOR VEHICLE ACCIDENT | Case Status<br>OPEN | |

## Party

**PLAINTIFF**
POLICE, ANGELA

Address
2030 MAIN STREET, STE. 200
DALLAS TX 75201

Active Attorneys
Lead Attorney
BREELAND, LYN T
Retained

Work Phone
214-742-8897

Fax Phone
214-637-6872

**DEFENDANT**
MAYFIELD, HOWARD

Address
C/O MICHAEL D WILLIAMS
1177 WEST LOOP SOUTH TENTH FLOOR
HOUSTON TX 77027

Active Attorneys
Lead Attorney
WILLIAMS, MICHAEL D
Retained

Work Phone
713-629-1580

Fax Phone

EXHIBIT B

713-629-5027

DEFENDANT
PCC REFRIGERATED EXPRESS, INC

  Aliases
  *DBA* PCC TRANSPORTATION
Address
BY SERVING ITS OWNER ROBERT E PERRY JR
2365 PERFORMANCE WAY
COLUMBUS OH 43207-2858

## Events and Hearings

12/07/2016 NEW CASE FILED (OCA) - CIVIL

12/07/2016 ORIGINAL PETITION ▼

OCR POP.pdf

12/07/2016 CASE FILING COVER SHEET ▼

OCR CIS.pdf

12/07/2016 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

12/08/2016 CITATION ▼

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server

OUT OF STATE

Returned
01/10/2017
Anticipated Server
ATTORNEY

Anticipated Method
Comment
ATTY

01/10/2017 RETURN OF SERVICE ▼

CITATION HOWARD MAYFIELD

Comment
CITATION HOWARD MAYFIELD

01/13/2017 ORIGINAL ANSWER - GENERAL DENIAL ▼

Original Answer Howard Mayfield.pdf

02/06/2017 AMENDED PETITION ▼

OCR Plaintiff's First Amended Petition with Request for Disc

Comment
FIRST

02/06/2017 ISSUE CITATION

02/08/2017 CITATION ISSUED ▼

DC16-15641 PCC.pdf

02/08/2017 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
02/22/2017
Comment
ESERVE 15209745/TJ.

02/22/2017 RETURN OF SERVICE ▼

PCC

> Comment
> CITATION - PCC REFRIGERATED EXPESS INC

## Financial

POLICE, ANGELA

| | | | | |
|---|---|---|---|---:|
| Total Financial Assessment | | | | $323.00 |
| Total Payments and Credits | | | | $323.00 |
| 12/7/2016 | Transaction Assessment | | | $315.00 |
| 12/7/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 76657-2016-DCLK | POLICE, ANGELA | ($315.00) |
| 2/7/2017 | Transaction Assessment | | | $8.00 |
| 2/7/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 7649-2017-DCLK | POLICE, ANGELA | ($8.00) |

## Documents

OCR POP.pdf

OCR CIS.pdf

ISSUE CITATION

ISSUE CITATION

CITATION HOWARD MAYFIELD

Original Answer Howard Mayfield.pdf

OCR Plaintiff's First Amended Petition with Request for Disc

DC16-15641 PCC.pdf

PCC