In the United States District Court
for the Northern District of Texas
Dallas Division

| | |
|---|---|
| Angela Police,<br><br>    *Plaintiff,*<br><br>v.<br><br>Howard Mayfield and PCC Refrigerated Express Inc. d/b/a PCC Transportation,<br>    *Defendant.* | Civil Action No. 3:17-cv-635-D |

### Order Granting Agreed Motion to Remand

Before this Court is Plaintiff Angela Police and Defendants Howard Mayfield and PCC Refrigerated Express Inc. d/b/a PCC Transportation's *Agreed Motion to Remand*. Having considered the motion, the Court is of the opinion that said motion is well taken and should in all things be *granted*. It is therefore ordered, adjudged, and decreed that:

1. The parties' Agreed Motion to Remand is in all things *granted*.

2. This matter is *remanded* to the 160th Judicial District Court of Dallas County, Texas.

Ordered on this the 21st day of March, 2017.

_____
United States District Judge

*Agreed:*

*/s/Michael D. Williams*

Michael D. Williams
*mwilliams@brownsims.com*
Texas Bar No. 21564330
1177 West Loop South, Tenth Floor
Houston, Texas 77027
713.629.1580
713.629.5027 fax

*Attorney in Charge for Defendants
Howard Mayfield and
PCC Refrigerated Express Inc. d/b/a
PCC Transportation*

*Agreed:*

*/s/Rick Lee Wingler*

Rick Lee Wingler
*rickw@rbrl.com*
Rolle, Breeland & Wingler
2030 Main Street, Suite 200
Dallas, Texas 75201
214.742.8897
214.6376872 fax

*Attorney in Charge for
Plaintiff Angela Police*

2

## Certificate of Service

This is to certify that a true and correct copy of the foregoing document, was electronically filed with the Court and served in accordance with the Federal Rules of Civil Procedure as well as the Northern District of Texas' Local Rules via electronic filing as well as facsimile and certified mail, return receipt requested on March 21, 2017.

Rick L. Wingler
Rolle, Breeland & Wingler
2030 Main Street, Suite 200
Dallas, Texas 75201
Tel: (214) 742-8897
Fax: (214) 637-6872
melissah@rbrl.com
*Attorney for Plaintiff*

                                                /s/Michael D. Williams
                                                Michael D. Williams